**RECEIVED**
MAY 28 2008
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Joshua Taylor

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart (Sheriff)
Officer Cribbs (Division 10) Christopher
Officer Griffen (Division 10) Jeffrey
Officer Tapia (Division 10)
Officer Valahrao (Division 10)
Officer Cuellar (Division 10)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV3073**
**JUDGE DER-YEGHIAYAN**
**MAG. JUDGE VALDEZ**

Case _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

   X   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

\_\_\_\_\_  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

\_\_\_\_\_  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: Joshua Taylor

B. List all aliases: _____

C. Prisoner identification number: #20070068591

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago, Il. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart
Title: Cook County Sheriff
Place of Employment: Cook County Jail

B. Defendant: Officer Cribbs
Title: Corrections Officer
Place of Employment: Cook County Jail (Division 10)

C. Defendant: Officer Griffen
Title: Corrections Officer
Place of Employment: Cook County Jail (Division 10)

part (1)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

part (2)

Part II. (Cont) Defendant(s)

D) Defendant: Officer Tapia
   Title: Corrections officer
   Place of Employment: Cook County Jail (Division 10)

E) Defendant: Officer Valahreo
   Title: Corrections officer
   Place of Employment: Cook County Jail (Division 10)

F) Defendant: Officer Cuellar
   Title: Corrections officer
   Place of Employment: Cook County Jail (Division 10)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

   A.   Is there a grievance procedure available at your institution?

       YES (X)  NO ( )  If there is no grievance procedure, skip to F.

   B.   Have you filed a grievance concerning the facts in this complaint?

       YES (X)  NO ( )

   C.   If your answer is **YES**:

       1.  What steps did you take?

On Febuary 5th, I filed a grievance about the facts in my complaint in a brief summary stateing some facts of my complaint.

       2.  What was the result?

On Febuary 8th, I was given a copy of my grievance by C.R.W. V. Butler, stateing that it was Referred to (I.A.D) with Control # 2008X0234.

       3.  If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I was unable to Appeal my grievance, or see how it was Resolved by Cook County jail because on Febuary 14th 2008, I was sent to Jefferson County jail (Mt. Vernon, Il). And as of today March 28th I havent heard Anything.

   D.   If your answer is NO, explain why not:

_____

_____

_____

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ~~☒~~ NO ☒

G. If your answer is YES:

1. What steps did you take?

_____

_____

_____

2. What was the result?

_____

_____

_____

H. If your answer is NO, explain why not: There is a grievance procedure at Cook County jail and I did file grievance.

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

  A. Name of case and docket number: _____
  _____

  B. Approximate date of filing lawsuit: _____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
  _____
  _____
  _____

  D. List all defendants: _____
  _____
  _____
  _____

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

  F. Name of judge to whom case was assigned: _____
  _____

  G. Basic claim made: _____
  _____
  _____

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
  _____
  _____

  I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feburary 2nd 2008 around 10:00am the nurse (Mrs. Price) came on 4D, in division 10. A detainee was in the chuckse lock to receive medication. The detainee and officer Cribbs was playing, the detainee was on his way back to the deck, he took officer Cribbs pen from his pocket. Officer Cribbs then ran on the deck to get his pen back by himself with out any back up to retrieve the pen. He told the detainee to give his pen back, the detainee did as told. Then officer Cribbs poked the detainee in the eye with the pen and stated "Stop playing with me so much" then the detainee poked officer Cribbs back with his finger. Then officer Cribbs picked up his walkie talkie from his side and called "All Available" then struck the detainee in the head with the walkie talkie. Then they started to fight. While other detainee tried to stop the fight officer Cribbs was just throwing blows all around.

From officer Cribbs, calling a all available, other officers arrived on the deck asking officer Cribbs, "who did it" he (Cribbs) said that "It was all of these bitches" Now at this time officers Cribbs, officer Griffen, and

6

Revised: 7/20/05

officer Tapia ran towards cells #2 and #3. Officer Cribbs looking around and looked at me standing by my cell and said "that's one of these bitches" Now I'm in cell #4, so officer Griffen ran to me and struck me in the face and I fell to the ground after the blow to my face. Then officers Cribbs and Tapia, found their way to my cell and started to help officer Griffen hit and kick me in my head and face area while on the ground. Then my hands was put behind my back by officer Tepic. Then officer Griffen ran over to me one last time and kicked me in my back.

Now at this time Lt. Tucker, was yelling to the officers to stop fighting and hitting the detainee's. He (Lt. Tucker) was saying that cuz officers was just running about hitting detainee's. Now these officers, wasn't and didn't listen to their commander.

Now the officers was moving detainees to the hallway area. At this time the officers had the situation under control, but officers was still coming to 4D. I was laid down on the floor, that's when officers Valahera and Cuellar, out of no where started to kick me in the back of my head and back area. After the 2nd beating I was taken to receive medical attention. While all of the above was going on Lt. Zafiris had the Cook County jail camera. My medical record will show all physical injurys to my head and body.

VI.     Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like this Court to file Aggravated battery charges against all officers named in this complaint, be paided $250,000 by Tom Dnet, Cook County jail and all officers named in this complaint for the physical, emotional, and mental injurys I suffered while in custody by and at Cook County jail.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23 day of March, 20 08

_Joshua Taylor_
(Signature of plaintiff or plaintiffs)

Joshua Taylor
(Print name)

#20070068591
(I.D. Number)

P.O. Box 089002
Chicago, Il. 60608
(Address)

8

Revised: 7/20/05