**PRISONER CASE**  

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** JOSHUA TAYLOR | **Defendant(s):** TOM DART, etc., et al. |
| **County of Residence:** JEFFERSON | **County of Residence:** |
| **Plaintiff's Address:**<br>Joshua Taylor<br>#62716<br>Jefferson - JCJ<br>911 Casey Avenue<br>Mt. Vernon, IL  62864 | **Defendant's Attorney:**<br><br>F I L E D<br>MAY 2 8 2008<br>MAY 28 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**08CV3073**
**JUDGE DER-YEGHIAYAN**
**MAG. JUDGE VALDEZ**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodlaw*   **Date:** 05/28/2008