Mail To: U.S. District Court
219 So. Dearborn St.
Chicago, Il. 60604

**FILED**

MAY 28 2008

May 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

C#

To whom this may concern...

Please take note that as I file my complaint with this court that the address listed on the complaint is not the present address as to where I'm at. Right now I'm housed at Jefferson County Jail. Cook County Jail has sent me to Jefferson County Jail to be housed and I don't know when Cook County Jail will come back to get me or call back for me. So if it's not to much trouble I would like for your office to send any info about my complaint to the address listed below for right now and I'll inform your office as to any changes. Thank you very much for your time.

Address: Joshua J. Taylor
C/o Jefferson County Jail
911 Casey Ave.
Mt. Vernon, Il. 62864

Thank you
Joshua [signature]

I also need the address to were I would send a complaint with the zip code of 62864 (Mt. Vernon, Il)

**08CV3073**
**JUDGE DER-YEGHIAYAN**
**MAG. JUDGE VALDEZ**