## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3073 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Joshua Taylor (#62716) vs. Tom Dart, et al. | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Plaintiff Joshua Taylor's ("Taylor") motion for leave to proceed *in forma pauperis* [3]. Taylor has failed to provide sufficient information concerning his financial status in his *in forma pauperis* application form. For example, Taylor failed to provide his monthly salary or wage for his prior employment, instead providing only the hourly rate of his employment. (IFP Par. 2). Since Taylor has failed to provide complete and sufficient information concerning his financial status, we deny the motion for leave to proceed *in forma pauperis* [3]. Taylor is given until July 11, 2008, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Taylor is warned that if he fails to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by July 11, 2008, this action will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|