

**FILED**
JUL 16, 2008
JUL 1 6 2008  aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July 13th, 2008

Case #: 08C 3073
Judge Name: Der-Yeghiayan
Title of the Case: Joshua Taylor -vs- Tom Dart, etc., et al.

I'm writing to your office to inform this office that my address has changed from what it was. Above I've put all the info about my case #, Judge name, & title of the case. My old mailing address was as follows:

911 Casey Ave.
Mt. Vernon, IL 62864

But now my new mailing address is as stated below:

Case # 08C-3073                     Joshua Taylor
Judge Der-Yeghiayan                 #20070068591
Title of Case: Joshua Taylor        P.O. Box 089002
        -vs-                        Chicago, IL 60608
Tom Dart, etc., et al.

Thank you very much for your time...

Joshua Taylor

Joshua Taylor