## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3073 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Joshua Taylor (#2007-0068591) vs. Tom Dart , et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's second motion for leave to proceed in forma pauperis [7] is denied. Since Plaintiff did not pay the filing fee or file an accurately and properly completed in forma pauperis application form by July 11, 2008, we dismiss the instant action. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.

### STATEMENT

This matter is before the court on Plaintiff Joshua Taylor's ("Taylor") second motion for leave to proceed *in forma pauperis*. On June 18, 2008, we denied Taylor's first motion for leave to proceed *in forma pauperis*. We also gave Taylor until July 11, 2008, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. In addition, we warned Taylor that if he either failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by July 11, 2008, this action would be dismissed.

On July 1, 2008, Taylor filed his second motion for leave to proceed *in forma pauperis*. Taylor indicates that he receives $136.00 per month in welfare payments. Taylor also indicates that he is currently incarcerated and is therefore provided with the necessities life. Thus, Taylor has not shown why he cannot use such income to pay the filing fee in this case and Taylor has not shown that he is indigent. In addition, Taylor's prison trust account indicates certain deposits, but Taylor has not identified the source of such income. Therefore, we deny Taylor's second motion for leave to proceed *in forma pauperis*. Since Taylor did not pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by July 11, 2008, we dismiss the instant action.